**Order filed January 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01052-CV
_____

### JIANGSU JINSHI MACHINERY GROUP CO., LTD., Appellant

### V.

### KANA ENERGY SERVICES, INC., Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-55123**

## ORDER

On January 18, 2019, this court received notice that appellant, Jiangsu Jinshi Machinery Group Co. Ltd., removed the underlying proceeding to the U.S. District Court for the Southern District of Texas. Once a state case is removed, the state court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d). The Texas Supreme Court has held section 1446(d) applies to the Texas courts of appeals. *See Meyerland Co. v. F.D.I.C.*, 848 S.W.2d 82, 83 (Tex. 1993) (order).

Accordingly, for administrative purposes only, and without surrendering jurisdiction, the appeal is **ABATED** and treated as a closed case until further order of this court. Any party may file a motion to reinstate the appeal upon the dismissal or remand of the removed action.

PER CURIAM